IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROGER L. MANN

VS.                                                   CIVIL ACTION NO. 1:14cv237-KS-MTP

CITY OF MOSS POINT, ET AL

ORDER

This cause is before the Court on Report and Recommendation [3] by Magistrate Judge Michael T. Parker. The Court has considered the Report and Recommendation and finds that there have been no objections filed to same. The Court finds that the Report and Recommendation should be accepted and adopted as the opinion of this Court:

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

That Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [2] be **denied**.

That Plaintiff be given sixty (60) additional days to pay all of the costs associated with the filing of this lawsuit.

Should Plaintiff fail to pay all of the costs associated with the filing of this lawsuit within the aforementioned sixty (60) days from the date of this order, this matter will be dismissed without prejudice and without further notice.

SO ORDERED on this the 25th day of September, 2014.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE