IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RODGER L. MANN**                                                                **PLAINTIFF**

**v.**                                       **CIVIL ACTION NO. 1:14-CV-237-KS-MTP**

**MAYOR BILLY BROOMFIELD,
ALDERMAN ROBERT H. BYRD, JR., ALDERMAN O. LINWOOD
GRIERSON, ALDERMAN HOUSTON CUNNINGHAM,
ALDERMAN CHUCK REDMOND, ALDERMAN GARY WAYNE
LENNEP, ALDERWOMAN SHIRLEY CHAMBERS,
COMMISSIONER JOE CHAPMAN, COMMISSIONER
DAVID CHAPMAN, COMMISSIONER JERRY SIMS, and
FORMER FIRE CHIEF CLARENCE PARKS**            **DEFENDANTS**

## FINAL JUDGMENT

For the reasons stated in the Court's previous Order and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment in favor of the Defendants. Plaintiff's claims against Defendants are dismissed with prejudice. This case is closed.

SO ORDERED AND ADJUDGED this the 12th day of October, 2016.

                                         *s/Keith Starrett*
                                         UNITED STATES DISTRICT JUDGE